# EXHIBIT 6

**PERKIN ELMER DSC-& MANUAL
"SPECIFICATIONS" SECTION**

PERKIN-ELMER

## 5 SPECIFICATIONS

### 5.1 DSC 7 DIFFERENTIAL SCANNING CALORIMETER

| | |
|---|---|
| DSC Type | Power compensated temperature null principle. Measures energy directly, not differential temperature ($\Delta T$). |
| DSC Cell | Independent dual furnaces constructed of platinum-iridium alloy with independent platinum resistance heaters and temperature sensors. |
| Maximum Sensitivity | 8 µW/cm. |
| Dynamic Range | 8 µW/cm to 28 mW/cm. |
| Noise (RMS) | 0.002 mW. |
| Calorimetric Accuracy | Better than ± 1%. |
| Calorimetric Precision | Better than ± 0.1%. |
| Temperature Precision | ± 0.1°C. |
| Temperature Accuracy | ± 0.1°C. |
| Temperature Display | 0.1°C increments. |
| Heating & Cooling Rates | 0.1°C/min to 500°C/min in 0.1°C increments. |
| Controlled (Program) Cooling | Ambient: (Ice Bath) 10°C/min to 50°C. 20°C/min to 65°C. 50°C/min to 100°C. 100°C/min to 170°C. Liquid $N_2$: 10°C/min to -170°C. 50°C/min to -165°C. 100°C/min to -135°C. 200°C/min to -85°C. |
| Cooling Times | Ambient: (Ice Bath) From 725°C to 100°C in under 4 minutes. Liquid $N_2$: From +200°C to -150°C in under 2 minutes. |
| Temperature Range | Standard unit allows operation from ambient to 725°C. With optional cooling accessories, the range may be extended to -170°C. |
| Temperature Sensors | Distributed, platinum resistance thermometers. |

**PERKIN-ELMER**

| | |
|---|---|
| Atmosphere | Static or dynamic including nitrogen, argon, helium, carbon dioxide, air, oxygen or other inert or non-corrosive gases. |
| Sample Type | Solids, liquids, powders, films or fibers. |

## 5.2 PE 7500 PROFESSIONAL COMPUTER

| | |
|---|---|
| General | The PE 7500 is a 32-bit microcomputer fully programmable in BASIC and FORTRAN (optional) ideally suited for laboratory or general applications. |
| Microprocessor | M68000 8MHz 32-bit microprocessor with no wait states; 32-bit data and address registers, 24-bit memory address bus, and 16-bit data bus. |
| Operating System | Provides a multi-tasking multi-user environment. |
| System Design | Multi-tasking design, allowing simultaneous operation of multiple thermal analysis instruments. Unique soft key operation for ease of data collection, analysis and storage. |
| Graphics | Standard 13 inch color CRT with high resolution (256 vertical by 720 horizontal pixel resolution) graphics. Eight selectable alphanumeric colors; 27 possible graphic colors, 16 of which can be displayed simultaneously. |
| Memory | 1.64 megabytes of total RAM. 32 kilobytes of ROM. |
| Keyboard | Full-ASCII keyboard with 32 user-definable special-function keys (shiftable to 64). |
| Soft Keys | Eight bezel-mounted soft keys constantly updated to define the current state of the system at any time. |
| Program & Data Storage | Two double-sided, double-density 5-1/4 inch disk drives which accommodate standard 5-1/4 inch mirco-floppy disks for a total of 640 kilobytes of program and data storage. Ten or fifteen megabyte Winchester hard disk for massive data or program storage. |

**PERKIN-ELMER**

| | |
|---|---|
| Communications Ports | Four serial asynchronous RS-232C communications ports are standard, allowing two-way communication with other computers. Software selectable communication conditions permit the ports to be programmed for baud rate, stop and data bits, and parity. Industry-standard IEEE-488 interface is also available as an option. |
| Instrument Calibration | Automatic temperature and ordinate calibration routines for all 7 Series analyzer modules. |
| Safety Protection Features | Continuously protection circuits protect all analyzer modules from accidental over-temperature conditions. |
| Diagnostics | Automatic routines for system diagnostics. |
| Help Facility | Menu driven Help Facilities are standard. |
| Thermal Analysis Software | A complete library of programs for thermal analysis are available for use with the PE 7500 Professional Computer. |
| Other Software | Perkin-Elmer offers a growing library of laboratory instrument and special purpose software for use with the PE 7500 Professional Computer. |

## 5.3 TAC 7 THERMAL ANALYSIS CONTROLLER

| | |
|---|---|
| General | The TAC 7 is the intelligent microprocessor controller that links the PE 7500 to the 7 Series thermal analysis modules. |
| Microprocessor | High speed microprocessor for control of all functions. |
| Memory | 32 kilobytes ROM. 16 kilobytes RAM. |
| Communications Ports | Two RS-232C communications ports, an analog control port and a digital control port. |
| Diagnostics | Built-in diagnostics continuously monitor and analyze all system functions. |

**PERKIN-ELMER**

## 5.4 GSA 7 GAS SELECTOR ACCESSORY

| | |
|---|---|
| General | The GSA 7 permits automatic switching of purge gases at operator selected intervals. Compatible with all 7 Series thermal analysis instrument modules. |
| Type | Automatic computer controlled gas switching device which is directly controllable through the PE 7500. |

## 5.5 GRAPHICS PLOTTER 2

| | |
|---|---|
| General | High resolution alphanumeric X-Y printer/plotter with graphics. |
| Operation | Multiple pen operation for automatic multi-color plot generation. |
| Scaling | Automatic scaling performed and optimized by the PE 7500. |
| Hard Copy | Publication quality data presentation and results. Transparencies available as an option. |

**Note:** Specifications listed here are subject to technical change.