IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

PFIZER INC., *et al.*,

　　　　　Plaintiffs,

　　v.

TIGER PHARMACEUTICALS, LLC,

　　　　　Defendant.

Civil Action No. 1:14-cv-1501 (AJT/TRJ)

## SUPPLEMENTAL AFFIDAVIT OF JASON T. MURATA

I, Jason T. Murata, declare under penalty of perjury that:

1. I am over the age of eighteen years, and I understand the obligations of an oath.

2. I am attorney admitted to practice *pro hac vice* in this district, and I am counsel for Defendant Tiger Pharmaceuticals, LLC.

3. I have personal knowledge of the facts asserted in this affidavit.

4. Attached hereto as Exhibit G is a true and accurate copy of an excerpt from the prosecution history of U.S. Patent No. 6,124,363, namely the patentee's Response After Allowance, dated April 17, 2000 and attachment thereto. These documents were produced by Plaintiffs in this litigation with Bates numbers PFZTIK00000262-320.

Executed on this 17th day of February, 2015 at Hartford, CT.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Jason T. Murata

1