## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| PFIZER, INC., PFIZER LIMITED and PFIZER IRELAND PHARMACEUTICALS, <br><br> Plaintiffs, <br><br> v. <br><br> TIGER PHARMACEUTICALS, LLC, <br><br> Defendant. | Civil Action No. 1:14-cv-1501 (AJT/TRJ) |
| JOHNSON MATTHEY INC. d/b/a JOHNSON MATTHEY PHARMACEUTICAL MATERIALS and JOHNSON MATTHEY PHARMACEUTICAL MATERIALS, INC. d/b/a JOHNSON MATTHEY PHARMA SERVICES, <br><br> Intervenor-Third Party Plaintiffs, <br><br> v. <br><br> PFIZER, INC., PFIZER LIMITED and PFIZER IRELAND PHARMACEUTICALS, <br><br> Third Party Defendants. | |

## **STIPULATED DISMISSAL ORDER**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs/Third Party Defendants Pfizer Inc., Pfizer Limited, and Pfizer Ireland Pharmaceuticals (hereinafter "Pfizer"), Defendant Tiger Pharmaceuticals, LLC ("Tiger"), and Intervenor-Third Party Plaintiffs Johnson Matthey Inc. d/b/a Johnson Matthey Pharmaceutical Materials and Johnson Matthey Pharmaceutical Materials, Inc. d/b/a Johnson Matthey Pharma Services ("JM"), by counsel, do hereby stipulate and agree to the dismissal of all the claims and defenses in this

action, including Pfizer's claims, Tiger's counterclaims, and JM's third party claims, with prejudice, and with each side to bear its own costs.

For the sake of clarity, nothing herein prohibits or is intended to prohibit Tiger from maintaining a "Paragraph IV Certification" pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) (including as amended or replaced) or pursuant to 21 C.F.R. § 314.94(a)(12) (including as amended or replaced) with respect to Abbreviated New Drug Application ("ANDA") No. 207058.  Nothing herein restricts or is intended to restrict the Food and Drug Administration from approving ANDA No. 207058.

IT IS SO ORDERED.

ENTERED this __ day of February 2015.

Alexandria, Virginia

_____
Anthony J. Trenga
United States District Judge

WE ASK FOR THIS:

| By: /s/ William B. Porter | By: /s/ Jonathan Graves |
|---|---|
| William B. Porter (VSB No. 41798) | Jonathan Graves (VSB No. 46136) |
| BLANKINGSHIP & KEITH PC | COOLEY LLP |
| 4020 University Drive, Suite 300 | One Freedom Square, |
| Fairfax, Virginia 22030 | Reston Town Center |
| Telephone:  703-691-1235 | 11951 Freedom Drive |
| wporter@bklawva.com | Reston,  VA 20190-5656 |
|  | Telephone:  703-456-8119 |
| Aaron Stiefel (*pro hac vice*) | jgraves@cooley.com |
| Daniel P. DiNapoli (*pro hac vice*) |  |
| Soumitra Deka (*pro hac vice*) | Jeremy Lowe (*pro hac vice*) |
| KAYE SCHOLER LLP | Jason T. Murata (*pro hac vice*) |
| 250 West 55th Street | AXINN, VELTROP & HARKRIDER LLP |
| New York, NY 10019-9710 | 90 State House Square, 9th Floor |
| aaron.stiefel@kayescholer.com | Hartford, CT 06103 |
| daniel.dinapoli@kayescholer.com | jlowe@axinn.com |
| soumitra.deka@kayescholer.com | jmurata@axinn.com |
| *Counsel for Plaintiffs/Third Party Defendants Pfizer Inc., Pfizer Limited, and Pfizer Ireland Pharmaceuticals.* | *Counsel for Defendant Tiger Pharmaceuticals, LLC and Intervenor-Third Party Plaintiffs Johnson Matthey Inc. d/b/a Johnson Matthey Pharmaceutical Materials and Johnson Matthey Pharmaceutical Materials, Inc. d/b/a Johnson Matthey Pharma Services* |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of February 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Jonathan Graves, Esquire
>COOLEY LLP
>One Freedom Square
>Reston Town Center
>11951 Freedom Drive
>Reston, Virginia 20190-5656
>  jgraves@cooley.com
>
>Jeremy C. Lowe (*pro hac vice*)
>Jason T. Murata (*pro hac vice*)
>AXINN, VELTROP & HARKRIDER LLP
>90 State House Square, 9th Floor
>Hartford, Connecticut 06103
>  jlowe@axinn.com
>  jmurata@axinn.com
>
>*Counsel for Defendant Tiger Pharmaceuticals, LLC and Intervenor Third Party Plaintiffs Johnson Matthey Inc. d/b/a Johnson Matthey Pharmaceutical Materials and Johnson Matthey Pharmaceutical Materials, Inc. d/b/a Johnson Matthey Pharma Services*

>         /s/  William B. Porter
>William B. Porter, Esq.
>Virginia State Bar No. 41798
>BLANKINGSHIP & KEITH, P.C.
>4020 University Drive, Suite 300
>Fairfax, Virginia 22030
>Phone: 703-691-1235
>Fax: 703-691-3913
>wporter@blankeith.com
>   Counsel for Pfizer Inc., Pfizer Limited,
>   and Pfizer Ireland Pharmaceuticals